UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SMITH & NEPHEW, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 11-10035-JLT |
| | * | |
| PERFORMANCE MEDICAL CORP and | * | |
| JEAN SCHIKORA | * | |
| | * | |
| Defendants. | * | |

ORDER

October 14, 2011

TAURO, J.

After reviewing the Parties' written submissions, this court hereby orders that Plaintiff's unopposed Motion to Dismiss with Prejudice [#10] is ALLOWED on account of the parties settling. This case is CLOSED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge